PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendants*
STAAR SURGICAL COMPANY,
CAREN L. MASON, DEBORAH ANDREWS
and PATRICK F. WILLIAMS

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAWAF ALWAZZAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS,<br><br>Defendants. | CASE NO.: 8:20-cv-01533-JVS-JDE<br><br>Judge:  James V. Selna<br>Complaint Filed: August 19, 2020 |
| SHARON ZHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS,<br><br>Defendants. | CASE NO.: 8:20-cv-01660-JVS-JDE<br><br>Judge:  James V. Selna<br>Complaint Filed: September 1, 2020<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** |

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

Plaintiff Nawaf Alwazzan ("Plaintiff Alwazzan"), Plaintiff Sharon Zhang ("Plaintiff Zhang" and, with "Plaintiff Alwazzan," "Plaintiffs") and Defendants STAAR Surgical Company ("STAAR"), Caren L. Mason, Deborah Andrews and Patrick F. Williams (the "Individual Defendants" and, with STAAR, "Defendants" and, collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 19, 2020, Plaintiff Alwazzan filed the complaint in the above-captioned action (the "Alwazzan Action"), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, against Defendants;

WHEREAS, Section 21D(a)(3)(A)(i) of the PSLRA, 15 U.S.C. 78u-4(a)(3)(A)(i), requires a plaintiff to cause a public notice to be published within 20 days of filing a putative class action that arises under the PSLRA, which notice Plaintiff Alwazzan published on August 19, 2020;

WHEREAS, any purported class member has 60 days from the date the notice was published to move the Court to serve as lead plaintiff on behalf of the putative class, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

WHEREAS, the Court must consider any lead plaintiff motions no later than 90 days after the notice was published, 15 U.S.C. § 78u-4(a)(3)(B)(i);

WHEREAS, once selected, the lead plaintiff will then appoint lead counsel, subject to the Court's approval, 15 U.S.C. § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, on September 1, 2020, Plaintiff Alwazzan and Defendants filed a Joint Stipulation Extending Time To Respond To Complaint (the "Alwazzan Stipulation");

WHEREAS, on September 1, 2020, the Court granted the Alwazzan Stipulation, ordering that (i) no Defendant is required to respond to the complaint previously filed

1

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

in the Alwazzan Action; and (ii) within 14 days of the Court's appointment of a lead plaintiff and lead counsel in the Alwazzan Action, counsel for lead plaintiff and counsel for Defendants must meet and confer and submit a stipulation to the Court setting out a schedule for the designation of an operative complaint or filing of an amended complaint and a schedule for any motion that Defendants may bring pursuant to Federal Rule of Civil Procedure 12 in response to such pleading;

WHEREAS, on September 1, 2020, Plaintiff Zhang filed the complaint in the second above-captioned action (the "Zhang Action"), a putative class action arising under the Exchange Act, including the PSLRA, 15 U.S.C. § 78u-4, against STAAR and the Individual Defendants;

WHEREAS, service of the summons and complaint has not been effected as to any Defendant in the Zhang Action;

WHEREAS, the Alwazzan Action and the Zhang Action assert the same causes of action against the same Defendants;

WHEREAS, Plaintiff Alwazzan and Plaintiff Zhang each seek to represent the same putative class of STAAR shareholders in the Alwazzan Action and Zhang Action, respectively;

WHEREAS, the Alwazzan Action and the Zhang Action have already been designated as related cases;

WHEREAS, the Alwazzan Action and the Zhang Action are already both pending before this Court, the Honorable James V. Selna;

WHEREAS, as the U.S. Supreme Court recently reiterated, the "PSLRA seeks to achieve Congress' goal of curbing duplicative litigation by . . . providing for the consolidation of similar class actions," *China Agritech, Inc. v. Resh*, 138 S. Ct. 1800, 1808 (2018); and

WHEREAS, the Parties agree that, pursuant to the requirements of the PSLRA, and in the interest of judicial economy, the Alwazzan Action and the Zhang Action should be consolidated under the first-filed Alwazzan Action, *see China Agritech,* 138

S. Ct. at 1812 (Sotomayor, J., concurring) (the PSLRA "contemplates a process by which all prospective class representatives come forward in the first-filed class action and make their arguments to the court for lead-plaintiff status");

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil Rule 7-1, by and between the undersigned counsel for the undersigned Parties, subject to Court approval, as follows:

1.     The Alwazzan Action and the Zhang Action shall be consolidated under the case number of the first-filed Alwazzan Action.

2.     No Defendant is required to respond to the complaint previously filed in the Zhang Action, just as no Defendant is required to respond to the complaint previously filed in the Alwazzan Action.

3.     Pursuant to the Court's September 1, 2020 Order granting the Alwazzan Stipulation, within 14 days of the Court's appointment of a lead plaintiff and lead counsel in the consolidated action, counsel for lead plaintiff and counsel for Defendants must meet and confer and submit a stipulation to the Court setting out a schedule for the designation of an operative complaint or filing of an amended complaint and a schedule for any motion that Defendants may bring pursuant to Federal Rule of Civil Procedure 12 in response to such pleading.

//
//
//
//
//
//
//
//
//
//
//

3

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

4.      Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in the Alwazzan Action, the Zhang Action, or the consolidated action.

DATED:  September 11, 2020

Respectfully submitted,

BLOCK & LEVITON LLP


By:    _____*/s/ Jacob A. Walker*_____
                    JACOB A. WALKER
                    *Attorneys for Plaintiff*
                    NAWAF ALWAZZAN

                    260 Franklin Street, Suite 1860
                    Boston, Masachusetts 02110
                    Email: jake@blockleviton.com
                    Telephone: (617) 398-5600
                    Facsimile: (617) 507-6020


POMERANTZ LLP


By:    _____*/s/ Jennifer Pafiti*_____
                    JENNIFER PAFITI
                    *Attorneys for Plaintiff*
                    SHARON ZHANG

                    1100 Glendon Avenue, 15th Floor
                    Los Angeles, California 90024
                    Email: jpafiti@pomlaw.com
                    Telephone: (310) 405-7190

4

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Peter B. Morrison*_____
PETER B. MORRISON
*Attorneys for Defendants*
STAAR SURGICAL COMPANY,
CAREN L. MASON, DEBORAH ANDREWS and
PATRICK F. WILLIAMS

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*I, Peter B. Morrison, attest that all other signatories below, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.*

5
JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND