Robert V. Prongay (SBN 270796)
Charles Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Movants*
*Srikanth Chakkilam and Ehab Hosny*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NAWAF ALWAZZAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS,<br><br>        Defendants. | Case No. 8:20-cv-01533-JVS-JDE<br><br>**NOTICE OF MOTION AND MOTION OF SRIKANTH CHAKKILAM AND EHAB HOSNY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| SHARON ZHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS,<br><br>        Defendants. | Case No. 8:20-cv-01660-JVS-JDE<br><br><br>Date:    November 16, 2020<br>Time:    1:30 p.m.<br>Crtrm.:  10C<br>Judge:   James V. Selna |

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, November 16, 2020, at 1:30 p.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable James V. Selna, in Courtroom 10C, 411 West Fourth Street, Santa Ana, CA 92701, Lead Plaintiff Movants Srikanth Chakkilam and Ehab Hosny (together, "Movants") will move this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Movants as Lead Plaintiff; (iii) approving Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) consolidating the above-captioned actions; (ii) appointing Movants as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of STAAR Surgical Company between February 26, 2020 and August 10, 2020, inclusive ("Class Period"); (iii) approving Movants' selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movants submit a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

the underlying action. Consequently, counsel for Movants have no way of knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movants have been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully request that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Movants as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  October 19, 2020          Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Charles Linehan*
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Attorneys for Lead Plaintiff Movants*
*Srikanth Chakkilam and Ehab Hosny*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On October 19, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2020, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL