# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NAWAF ALWAZZAN, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS,<br><br>   Defendants. | Case No. 8:20-cv-01533-JVS-JDE<br><br><br>**[PROPOSED] ORDER** |
| SHARON ZHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS,<br><br>   Defendants. | Case No. 8:20-cv-01660-JVS-JDE |

Having considered the motion of Srikanth Chakkilam and Ehab Hosny for consolidation of related actions, appointment as lead plaintiff, and approval of counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re STAAR Surgical Company Securities Litigation*, Master File No. 8:20-cv-01533;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Srikanth Chakkilam and Ehab Hosny as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2020

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE