Robert V. Prongay (SBN 270796)
Charles Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Movants*
*Srikanth Chakkilam and Ehab Hosny*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NAWAF ALWAZZAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS, <br><br> Defendants. | Case No. 8:20-cv-01533-JVS-JDE <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF SRIKANTH CHAKKILAM AND EHAB HOSNY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| SHARON ZHANG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STAAR SURGICAL COMPANY, CAREN L. MASON, DEBORAH ANDREWS, and PATRICK F. WILLIAMS, <br><br> Defendants. | Case No. 8:20-cv-01660-JVS-JDE |

DECLARATION OF CHARLES H. LINEHAN

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movants Srikanth Chakkilam and Ehab Hosny (together, "Movants") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Globe Newswire* on August 19, 2020, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:   Signed PSLRA Certification of Movants;

Exhibit C:   Table of Movant's calculated losses, as a result of transactions in STAAR Surgical Company securities;

Exhibit D:   Joint Declaration of Srikanth Chakkilam and Ehab Hosny in Support of Their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel; and

Exhibit E:   Firm résumé of Glancy Prongay & Murray LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On October 19, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2020, at Los Angeles, California.

/s/ Charles H. Linehan
Charles H. Linehan