# EXHIBIT C

## Loss Chart

**Company Name:** STAAR Surgical Company
**Ticker:** STAA
**Class Period:** February 26, 2020 to August 10, 2020

**Name:** Srikanth Chakkilam

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/25/2020 | 30 | $57.9600 | -$1,738.8000 | | $0.0000 | -$1,738.80 |
| 6/30/2020 | -30 | | $0.0000 | $61.2200 | $1,836.6000 | $1,836.60 |
| 7/2/2020 | 50 | $61.9500 | -$3,097.5000 | | $0.0000 | -$3,097.50 |
| 8/6/2020 | 20 | $55.8850 | -$1,117.7000 | | $0.0000 | -$1,117.70 |
| 8/7/2020 | 30 | $55.6000 | -$1,668.0000 | | $0.0000 | -$1,668.00 |
| 8/13/2020 | -100 | | $0.0000 | $48.2167 | $4,821.6666 | $4,821.67 |

**Shares Retained:** 0

|  | 90-Day Average Price | Shares Retained |  |  |
|---|---|---|---|---|
|  | $52.7598 | 0 | Subtotal: | -$963.73 |
|  |  |  | 90-Day Average: | $0.00 |
|  |  |  | Total: | -$963.73 |

**Name:** Ehab Hosny

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/6/2020 | 20 | $60.0000 | -$1,200.0000 | | $0.0000 | -$1,200.00 |
| 7/24/2020 | -20 | | $0.0000 | $54.3544 | $1,087.0880 | $1,087.09 |
| 7/30/2020 | 81 | $59.0000 | -$4,779.0000 | | $0.0000 | -$4,779.00 |
| 7/30/2020 | 45 | $59.0000 | -$2,655.0000 | | $0.0000 | -$2,655.00 |
| 8/10/2020 | -126 | | $0.0000 | $50.5050 | $6,363.6300 | $6,363.63 |

**Shares Retained:** 0

|  | 90-Day Average Price | Shares Retained |  |  |
|---|---|---|---|---|
|  | $52.7598 | 0 | Subtotal: | -$1,183.28 |
|  |  |  | 90-Day Average: | $0.00 |
|  |  |  | Total: | -$1,183.28 |

| Movants' Loss Summary | |
|---|---|
| Srikanth Chakkilam Loss: | -$963.73 |
| Ehab Hosny Loss: | -$1,183.28 |
| **Combined Loss:** | **-$2,147.02** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between August 11, 2020  and October 16, 2020.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.