JENNIFER PAFITI (SBN 282790)
jpafiti@pomlaw.com
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:  (310) 405-7190

*Attorneys for Lead Plaintiff*
DANIEL MANGAS

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STAAR SURGICAL CO. SECURITIES LITIGATION | Case No.: 8:20-cv-01533-JVS-JDE |
| | Judge:  James V. Selna<br>Complaint Filed: August 19, 2020 |
| This Document Relates To All Actions | **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Lead Plaintiff Daniel Mangas ("Plaintiff" or "Lead Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all of Plaintiff's individual claims in the above-captioned action (the "Action") against Defendants STAAR Surgical Company ("STAAR"), Caren L. Mason, Deborah Andrews, and Patrick F. Williams ("Defendants" and, with Lead Plaintiff, the "Parties"), with prejudice, and hereby voluntarily dismisses the putative class claims in the Action without prejudice. For the avoidance of doubt, such dismissals are without prejudice to, and shall have no impact on: (a) any other persons' or entities' ability to pursue such claims on behalf of themselves or a proposed class, or (b) Plaintiff's claims or rights as an absent class member, including Plaintiff's ability to receive a recovery as an absent class member.

On August 19, 2020, Plaintiff Nawaf Alwazzan filed the complaint in the above-captioned action, a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, against Defendants; on September 1, 2020, Plaintiff Sharon Zhang filed a substantially similar putative class action arising under the Exchange Act, including the PSLRA, 15 U.S.C. § 78u-4, against Defendants.

On October 29, 2020, the Court appointed Plaintiff as lead plaintiff and approved Pomerantz LLP as lead counsel (ECF No. 36) (the "October 29 Order"), and, *inter alia*, ordered that the action filed by Plaintiff Zhang be closed and that all futured filings be made in *Nawaf Alwazzan v. STAAR Surgical Company, et al.* (8:20-cv-01533-JVS-JDEx) (*see* October 29 Order at 8).

On November 12, 2020, the Court issued a scheduling order providing, *inter alia*, that the deadline for Lead Plaintiff to file an amended complaint in the Action is January 15, 2021 (ECF No. 38).

No Defendant has filed an answer or moved for summary judgment with respect to the operative class action complaint, and the Action has not been certified as a class

1  action. Accordingly, Lead Plaintiff properly may dismiss all claims in the Action under

2  Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

3      DATED:  January 15, 2021        Respectfully submitted,

4

5                                        POMERANTZ LLP

6                                        By: _/s/ Jennifer Pafiti_

7                                        Jennifer Pafiti (SBN 282790)
   1100 Glendon Avenue, 15th Floor
   Los Angeles, California 90024
   Email: jpafiti@pomlaw.com
   Telephone: (310) 405-7190

   Murielle J. Steven Walsh (*pro hac vice* pending)
   Eric D. Gottlieb (*pro hac vice*)
   600 Third Avenue, 20th Floor
   New York, New York 10016
   Email: jalieberman@pomlaw.com
   Email: mjsteven@pomlaw.com
   Email: egottlieb@pomlaw.com
   Telephone: 212-661-1100
   Facsimile:  212-661-8665


   *Lead Counsel for Lead Plaintiff*


   BRONSTEIN, GEWIRTZ & GROSSMAN,
   LLC
   Peretz Bronstein (*pro hac vice*)
   60 East 42nd Street, Suite 4600
   New York, New York 10165
   Email: peretz@bgandg.com
   Telephone: (212) 697-6484
   Facsimile: (212) 697-7296

   *Additional Counsel for Lead Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL